UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| RONNY DARNELL DORSEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:13-CV-239 |
| v. | ) |
| | ) Judge Curtis L. Collier |
| | ) |
| SHEILA ALBRITTON, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

On July 19, 2013, United States Magistrate Judge Susan K. Lee issued a Report & Recommendation ("R&R") pertaining to Plaintiff's application to proceed *In Forma Pauperis* (Court File No. 3). No objections were filed within the requisite fourteen days. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's R&R (Court File No. 3). Plaintiff shall be **DENIED** pauper's status and will be assessed the $350 filing fee (Court File No. 1). However, Plaintiff will be permitted to pay the $350 filing fee in seven monthly installments of $50, and his complaint shall be filed upon receipt of the first such installment, with Mr. Dorsey providing for service of the complaint at his own expense.

**SO ORDERED.**

**ENTER:**

**/s/**
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**